# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**STEVEN MOLE,**

                              **Plaintiff,**

                                                    **Civil No. 9:02-CV-0584**
                    **v.**                          **(GLS/DRH)**

**DR. VADLANDI,[1] Marcy Corr.**
**Facility; MS. DOVLEY, Nurse, Marcy**
**Corr. Facility; P. SMITH, Nurse,**
**Marcy Corr. Facility; KANG LEE,**
**Physician, Clinton Corr. Facility,**

                              **Defendants.**

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFF:**

STEVEN MOLE
Plaintiff *Pro Se*, 01-A-464
Franklin Correctional Facility
62 Bare Hill Road
P.O. Box 10
Malone, New York 12953

**FOR THE DEFENDANTS:**

HON. ELIOT SPITZER                  CHRISTOPHER W. HALL
Attorney General, State of New York  Assistant Attorney General
The Capitol
Albany, New York 13204-2455

---

[1]"Vadlandi" is actually "Vadlamudi."  He has been served and has appeared by counsel
in this action.

**Gary L. Sharpe**
**U.S. District Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

Plaintiff *pro se* Steven Mole (Mole) brings this action pursuant to 42 U.S.C. § 1983.  Mole alleges that the defendants violated his Eighth Amendment rights by showing deliberate indifference to his serious medical needs.  Pending are Mole's objections to Magistrate Judge David R. Homer's Report-Recommendation.  Upon careful consideration of the arguments, the relevant parts of the record, and the applicable law, the court adopts the Report-Recommendation in its entirety.[2]

### II. Procedural History

Mole commenced this action on April 29, 2002.  *Dkt. No. 1*.  On November 21, 2003, the defendants moved for summary judgment.  *Dkt. No. 30*.  On November 23, 2004, Magistrate Judge Homer issued a Report-Recommendation which recommended granting the defendants' motion for summary judgment as to all defendants and dismissing Mole's complaint.  *Dkt No. 30*.  Mole objected.  *Dkt. No. 48*.  Mole's objection is a reiteration of

---

[2]The Clerk is hereby directed to attach the Report-Recommendation to constitute a complete record of the court's decision on this matter.

his complaint and adds nothing new for this court to consider.  *Id.*

## III. <u>Discussion</u>[3]

### A.  <u>Standard of Review</u>

When objections to a magistrate judge's Report-Recommendation

are lodged, the Court makes a "*de novo* determination of those portions of

the report or specified proposed findings or recommendations to which

objection is made."  See 28 U.S.C. § 636(b)(1).  After such a review, the

court may "accept, reject, or modify, in whole or in part, the findings or the

recommendations made by the magistrate judge."  *Id.*  This court accepts

in their entirety the unobjected-to portions of the Report-Recommendation.

### B.  <u>Report-Recommendation</u>

Having reviewed the objected-to portion of the record *de novo* and

having considered the issues[4] raised in Mole's objections, this court

accepts and adopts the recommendation of Magistrate Judge Homer for

_____

[3]The court adopts the factual summary in Magistrate Judge Homer's Report-Recommendation and assumes familiarity with the facts alleged in Mole's Complaint.  *Dkt. No. 1; Dkt. No. 40.*

[4] Mole argued in both his opposition papers to defendants' motion for summary judgment and his objections to the Report-Recommendation that he cannot be penalized for failing to exhaust administrative remedies as to defendant Lee because medical matters are not grievable.  This conclusion is flawed for the reasons stated in Magistrate Judge Homer's Report-Recommendation.

3

the reasons stated in the November 23, 2004 Report-Recommendation.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that defendants' motion for summary judgment is

**GRANTED** and the complaint is dismissed with respect to each defendant.

**IT IS SO ORDERED.**

October 14 , 2005
Albany, New York

Gary L. Sharpe
U.S. District Judge

4